UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREY HARTNELL,<br><br>    Petitioner,<br><br>  v.<br><br>L. SCOTT McEWEN, WARDEN, C.S.P. CAL.<br><br>    Respondent. | No. CV 11-8894 PSG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 16, 2012

PHILIP S. GUTIERREZ
United States District Judge